Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ISABELLE CONFECTIONS LLC., d/b/a VALERIE CONFECTIONS; a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-08599-SB-SK<br><br>CLASS ACTION<br><br>*Hon. Judge Stanley Blumenfeld Jr.*<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint filed: October 29, 2021<br>Trial Date: Not Set |

1  Plaintiff Nataly Morales ("Plaintiff") hereby notifies the Court that the claims
2  of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice
3  as to Plaintiff's individual claims and without prejudice as to the putative class will
4  be filed upon execution of a formal settlement agreement in accordance with
5  Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff reserves the right to reopen
6  within thirty (30) days if a settlement is not finalized.

8  Dated: January 24, 2022                    Respectfully Submitted,

10                         /s/ Thiago M. Coelho
                           Thiago M. Coelho
11                         Binyamin I. Manoucheri
12                         **WILSHIRE LAW FIRM**
                           *Attorneys for Plaintiff and*
13                         *Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 24, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: January 24, 2022                    */s/ Thiago M. Coelho*
                                           Thiago M. Coelho